# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| **Donald Wayne Waters,** ) | |
|     **Appellant,** ) | |
| ) | **Case No. 12-7905** |
| **v.** ) | |
| ) | |
| **Harold W. Clarke, Director of the** ) | |
| **Virginia Department of Corrections,** ) | |
|     **Appellee.** ) | |

## Unopposed Motion to Extend Time for Filing Appellant's Brief and Joint Appendix

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Local Rule 27, Appellant, Donald Wayne Waters, hereby moves for a sixty (60) day extension of time within which to file Appellant's Brief and the Joint Appendix. In support of this motion, Appellant states:

1. Appellant's Brief and the Joint Appendix are currently due to be filed by June 17, 2013.

2. Counsel for Appellant is court appointed in this appeal.

3. Counsel did not receive the State Record until Saturday, May 18, 2013.

4. Counsel for the Appellant did not represent Donald Wayne Waters at Trial or District Court Habeas Petition, as such, additional time will be required for

Counsel to familiarize himself with the Record and the legal issues to adequately prepare the Appellant's Brief and Joint Appendix.

4.  Pursuant to Local Rule 27(a), Appellant's counsel has spoken to the opposing Counsel, Mr. Matthew P. Dullaghan, Senior Assistant Attorney General of the Commonwealth of Virginia and Mr. Aaron Campbell, Assistant Attorney General of the Commonwealth of Virginia, and has secured their consent to the requested extension of time.

WHEREFORE, for the reasons stated herein, Appellant requests that the Court extend the time to file Appellant's Brief and Joint Appendix sixty (60) days until August 16, 2013.

Respectfully submitted, this 21st day of May, 2013.

/s/ Gregory Dolin
Gregory Dolin
UNIVERSITY OF BALTIMORE
  SCHOOL OF LAW
1415 Maryland Avenue
Baltimore, MD 21201
(410) 837-4610

*Counsel for Appellant*

## Certificate of Service

I hereby certify that on May 21, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Matthew P. Dullaghan
    Senior Assistant Attorney General
    OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA
    900 East Main Street
    Richmond, VA  23219-0000

    *Counsel for Appellee*

    /s/ Gregory Dolin
    Gregory Dolin
    UNIVERSITY OF BALTIMORE
      SCHOOL OF LAW
    1415 Maryland Avenue
    Baltimore, MD 21201
    (410) 837-4610

    *Counsel for Appellant*