# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| **Donald Wayne Waters,** ) | |
| **Appellant,** ) | |
| ) | **Case No. 12-7905** |
| **v.** ) | |
| ) | |
| **Harold W. Clarke, Director of the** ) | |
| **Virginia Department of Corrections,** ) | |
| **Appellee.** ) | |

## Unopposed Motion to Suspend Briefing Schedule

Appellant, Donald Wayne Waters, hereby requests that the Briefing Schedule in the instant case be suspended until the resolution of the pending Motion to Expand. In support of this motion, Appellant states:

1. Appellant's Brief and the Joint Appendix are currently due to be filed by August 16, 2013.

2. On June 19, 2013, Appellant filed a Motion to Expand the Certificate of Appealabilty; a Response in Opposition to this Motion was filed on July 1, 2013. No Order has been entered regarding the granting or denial of said Motion to Expand.

3. Until successful resolution of the aforementioned Motion to Expand, including determination of the issues to be briefed, the parties are unable to adequately identify the necessary record material for the purpose of creating the Joint Appendix.

4. Counsel for the Appellant did not represent Donald Wayne Waters at Trial or District Court Habeas Petition, as such, additional time may be required to address any expanded issues and adequately perfect the appeal.

5. Additionally, Counsel is unable to determine whether the present type-volume limitations will be adequate to address all of the issues, should the underlying motion be granted.

6. Once the Court resolves the underlying motion, counsel expects to be able to conclude briefing within 10 days (time necessary to resolve any motion to enlarge the type-volume limitations).

7. Counsel for Appellee has authorized the undersigned to represent that there are no objections to the relief requested herein.

WHEREFORE, for the reasons stated herein, Appellant requests that Briefing Schedule be suspended.

Respectfully submitted, this 2nd day of August, 2013.

/s/ Gregory Dolin
Gregory Dolin
UNIVERSITY OF BALTIMORE
  SCHOOL OF LAW
1415 Maryland Avenue
Baltimore, MD 21201
(410) 837-4610

*Counsel for Appellant*

## Certificate of Service

I hereby certify that on August 2, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Matthew P. Dullaghan
Senior Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA
900 East Main Street
Richmond, VA  23219-0000

*Counsel for Appellee*

/s/ Gregory Dolin
Gregory Dolin
UNIVERSITY OF BALTIMORE
  SCHOOL OF LAW
1415 Maryland Avenue
Baltimore, MD 21201
(410) 837-4610

*Counsel for Appellant*